FORM L51 Final Decree (v.7.06)                                                           10-36394 - A - 7



**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**11/2/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

dpas

# FINAL DECREE

Case Number:  10-36394 - A - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Charlanne Brown
xxx-xx-5055

PO Box 308
Shasta, CA 96087

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:
Brown Enterprises II

Trustee:
  Linda S. Schuette
  PO Box 743
  Palo Cedro, CA 96073

Telephone Number:  530-222-3888

Office of the United States Trustee:

  For cases in the Sacramento Division and Modesto Division:  501 I Street, Room 7-500, Sacramento, CA 95814
  For cases in the Fresno Division:  2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
11/2/10

For the Court,
Wayne Blackwelder , Clerk